IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANNE L. CALLARMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-3242-CV-S-DW |
| | ) | |
| SUNTERRA CORPORATION, and | ) | |
| RESORT MARKETING | ) | |
| INTERNATIONAL, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On July 27, 2006, this Court ordered that Plaintiff Anne Callarman show good cause for her repeated failures to respond to this Court's orders (Doc. 59). Ms. Callarman received the order on August 2. See Doc. 60. Because Callarman has not timely responded, the Court assumes that she has abandoned this suit. Therefore, the Court

ORDERS that this case is DISMISSED WITH PREJUDICE for failure to prosecute; and

ORDERS that the Clerk of Court deliver this order, by regular and certified mail, to Callarman's last known address.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: August 29, 2006